FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 5 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00723-BNB

HARLEY QUINT YOUNG,

    Plaintiff,

v.

KEVIN MILYARD,
MARY COX-BERGMAN,
BERNADETTE SCOTT,
ANN PHELPS, and
PATRICIA MANNING,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 5th day of July, 2011.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00723-BNB

Harley Quint Young
Prisoner No. 124783
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 5, 2011.

                          GREGORY C. LANGHAM, CLERK

                          By: _____
                                    Deputy Clerk