IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00723-PAB

HARLEY QUINT YOUNG,

    Plaintiff,

v.

KEVIN MILYARD,
MARY COX-BERGMAN,
BERNADETTE SCOTT,
ANN PHELPS, and
PATRICIA MANNING,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -8 2011

GREGORY C. LANGHAM
                    CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED July 7, 2011.

BY THE COURT:

S/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00723-PAB-MEH

Harley Quint Young
Prisoner No. 124783
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Kevin Milyard, Mary Cox-Bergman, Bernadette Scott,
Ann Phelps, and Patricia Manning - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Kevin Milyard, Mary Cox-Bergman, Bernadette Scott, Ann Phelps, and Patricia Manning: AMENDED COMPLAINT FILED 06/01/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on July 8, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk