IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00723-PAB-MEH

HARLEY QUINT YOUNG,

    Plaintiff,

v.

KEVIN MILYARD,
MARY COX-BERGMAN,
BERNADETTE SCOTT,
ANN PHELPS, and
PATRICIA MANNING,

    Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2012.**

Before the Court is Plaintiff's Motion for Limited Discovery and to Amend the Scheduling Order [filed March 20, 2012; docket #47]. Plaintiff's motion asks the Court to amend the Scheduling Order to permit limited additional discovery and, if necessary, expert witness designations. In addition, Plaintiff also seeks additional time within which to file an amended complaint. Plaintiff represents that Defendants do not oppose the relief sought, and in fact, they participated in drafting the proposed order. For good cause shown, Plaintiff's motion is **granted**.

Upon review of Plaintiff's motion and the exhibits attached thereto, the Court finds good cause to amend the Scheduling Order as follows:

| | |
|---|---|
| Deadline for amendment of pleadings: | **April 20, 2012** |
| Expert disclosure deadline: | **May 4, 2012** |
| Rebuttal expert disclosure deadline: | **June 4, 2012** |
| Discovery cutoff: | **June 29, 2012** |
| Dispositive motions deadline: | **July 27, 2012** |

In light of these modifications, the Final Pretrial Conference scheduled in this case for April 25, 2012, is hereby **vacated** and rescheduled for **September 21, 2012**, at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures. All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading are posted in the forms section of the website.**

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C. Colo. LCivR 83.2B.