IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00723-PAB-MEH

HARLEY QUINT YOUNG,

    Plaintiff,

v.

KEVIN MILYARD,
MARY COX-BERGMAN,
BERNADETTE SCOTT,
ANN PHELPS, and
PATRICIA MANNING,

    Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

    This matter comes before the Court on the plaintiff's Unopposed Motion for Dismissal of Complaint Without Prejudice [Docket No. 52].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    ORDERED that the Unopposed Motion for Dismissal of Complaint Without Prejudice [Docket No. 52] is GRANTED.  It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 24, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge